SCHLESINGER, Respondent, v. McDONALD, Appellant. (Supreme Court, Appellate

Division, First Department. July 7, 1905.) Action by Leo Schlesinger, as receiver, against Owen P. McDonald. No opinion. Order affirmed, with $10 costs and disbursements.